# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-17082 JBS | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | LOUISE, GUY T / LOUISE, NINA J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7558374 | Account: | ***-*****71-65 - Money Market Account |
| Period Ending: | 01/22/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/07 | {13} | Thomas P. Louise | Redemption of interest in Guy's Cycle Service | 1129-000 | 10,000.00 | | 10,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.84 | | 10,002.84 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.16 | | 10,008.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.70 | | 10,013.70 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.52 | | 10,019.22 |
| 09/07/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.07 | | 10,020.29 |
| 09/07/07 | | To Account #********7166 | in preparation of final report | 9999-000 | | 10,020.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,020.29 | 10,020.29 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,020.29 | |
| | | | **Subtotal** | | 10,020.29 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,020.29** | **$0.00** | |



EXHIBIT C

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06-17082 JBS
**Case Name:** LOUISE, GUY T
LOUISE, NINA J
**Taxpayer ID #:** 13-7558374
**Period Ending:** 01/22/08

**Trustee:** DAVID P. LEIBOWITZ (330570)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****71-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/07 | | From Account #********7165 | in preparation of final report | 9999-000 | 10,020.29 | | 10,020.29 |
| | | | **ACCOUNT TOTALS** | | 10,020.29 | 0.00 | $10,020.29 |
| | | | Less: Bank Transfers | | 10,020.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****71-65 | 10,020.29 | 0.00 | 0.00 |
| Checking # ***-*****71-66 | 0.00 | 0.00 | 10,020.29 |
| | $10,020.29 | $0.00 | $10,020.29 |

{} Asset reference(s)