**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| LOUISE, GUY T | ) | |
| LOUISE, NINA J | ) | CASE NO. 06 B 17082 |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
       219 SOUTH DEARBORN, COURTROOM 682
       CHICAGO, ILLINOIS 60604

   on: **May 22, 2008**
   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                    $     10,020.29

   b. Disbursements                               $          0.00

   c. Net Cash Available for Distribution$    10,020.29

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,752.03 | $ |
| Trustee | $ 0.00 | $ | $ 137.07 |
| Trustee's Attorney | $ 0.00 | $ 1,845.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 45.27 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,913.97 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 7 | Dept of the Treasury, priority portion | $37,791.89 | $6,240.92 |

6. Claims of general unsecured creditors totaling $93,603.09, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the

   Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:  **April 22, 2008**      For the Court,

     By: **KENNETH S. GARDNER**
       Kenneth S. Gardner
       Clerk of the United States Bankruptcy Court
       219 S. Dearborn Street, 7th Floor
       Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

082   Doc 48   Filed 04/22/08   Entered 04/25/08 00:01:14   Desc Imaged
            Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2              Date Rcvd: Apr 22, 2008
Case: 06-17082                 Form ID: pdf002             Total Served: 50

The following entities were served by first class mail on Apr 24, 2008.
db           +Guy T Louise,    3636 W 123rd Place,    Alsip, IL 60803-1012
jdb          +Nina J Louise,    3636 W 123rd Place,    Alsip, IL 60803-1012
aty          +Bernard P. Mulvaney, Sr.,    Bernard P. Mulvaney Sr., Ltd.,    7001 W. 127th St.,
               Palos Heights, IL 60463-1573
aty           David P Leibowitz,    Leibowitz Law Center,    420 W Clayton,    Waukegan, IL  60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11078697      AT & T Yellow Pages,    8519 Innovation Way,    Chicago, IL 60682-0085
11078696      American General Finance,    17818 S Halsted,    P.O. Box 1456,    Homewood, IL 60430-0456
11078698     +BP,    P.O. Box 9033,    Carlsbad, CA 92018-9033
11078701     +CBS Radio, Inc.,    c/o Stein & Rotman,    105 W. Madison - STE 600,    Chicago, IL 60602-4672
11078702      CCP Industries,    P.O. Box 641250,    Cincinnati, OH 45264-1250
11078699      Capital One,    P.O. Box 60024,    City Indust, CA 91716-0024
11078700      Capital One Bank,    P.O. Box 790216,    St. Louis, MO 63179-0216
11078703     +Charter One - CCO Mortgage,    10561 Telegraph Road,    P.O. Box 2800,    Glen Allen, VA 23058-2800
11078704      Cintas Corp #21,    P.O. Box #5,    Bedford Park, IL 60499-0005
11078721     +City of Markham,    16313 S Kedzie Pkwy,    Markham, IL 60428-5598
11078722      Creditors Discount & Audit Co.,    415 E. Main St.,    P.O. Box 213,    Streator, IL 61364-0213
11089728      Ford Motor Credit,    P. O. Box 537901,    Livonia, MI  48153-7901
11078723      Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
11078724      GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
11078726      HFC,    P.O. Box 17574,    Baltimore, MD 21297-1574
11078728      HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
11078725     +Hand & Plastic Surgery Associates, Ltd.,    c/o Harry S. Field,    77 West Washington STE 2111,
               Chicago, IL 60602-9711
11078727      Home Depot Credit Services,    P.O. Box 6029,    The Lakes, NV 88901-6029
11293248      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
               Newark NJ 07193-5480
11078705    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Dept of the Treasury,    Internal Revenue Service,    POB 21126,
               Philadelphia PA 19114)
11078729     +Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,    100 West Randolph Street,
               Chicago, IL 60601-3218
11078730     +Ingalls Hospital,    P.O. Box 75608,    Chicago, IL 60675-5608
11078731      Ingalls Occupational Health,    75 Remittance Dr., Ste 1660,    Chicago, IL 60675-1660
11078732     +Internal Revenue Service,    5860 West 111th Street,    STOP 5602 CHR,
               Chicago Ridge, IL 60415-2218
11078707      JCPenney,    P.O. Box 960001,    Orlando, FL 32896-0001
11078706     +James L. DeVries,    9959 S. Robert Road,    Palos Hills, IL 60465-1649
11078710      Orchard Bank - HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
11078711     +Pronger Smith Clinic,    17495 LaGrange,    Tinley Park, IL 60487-7581
11078712      Providian  Washington Mutual Card Svcs,    P.O. Box 660487,    Dallas, TX 75266-0487
11254213     +Recovery Management Systems Corporation,    For GE Money Bank,    dba Exxon/Mobil,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11254426     +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11078713     +Robert Chejlava & Laura Chejlava,    c/o Lee T. Virtel,    15419 127th St. - STE 100,
               Lemont, IL 60439-7407
11248001     +SALLIE MAE INC,    220 LASLEY AVE,    WILKES-BARRE, PA 18706-1496
11078714      Sallie Mae,    P.O. Box 4600,    Wilkes-Barre, PA 18773-4600
11078715      Sprint,    P.O. Box 541023,    Los Angeles, IL 90054-1023
11078716     +Terry Smith Jr.,    c/o Peter G. Lekas,    221 N. LaSalle,    Chicago, IL 60601-1206
11078717     +Terry Smith Jr.,    c/o Goldberg, Weisman & Cairo, Ltd.,    One East Wacker Drive, 34th Floor,
               Chicago, IL 60601-1474
11078718      WCKG-FM,    22702 Newtork Place,    Chicago, IL 60673-1227
11078719      WFNNB - Brylane Home,    P.O. Box 659728,    San Antonio, TX 78265-9728
11078720     +Yellow Book USA,    1933 N Meacham Road,    Schaumburg, IL 60173-4363
11291495      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
11253898     +eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Apr 23, 2008.
11078724      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2008 03:48:47     GE Money Bank,    P.O. Box 960061,
               Orlando, FL 32896-0061
11078707      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2008 03:48:45     JCPenney,    P.O. Box 960001,
               Orlando, FL 32896-0001
11394135      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11398723      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11078708      E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 2020,
               Aurora, IL 60507-2020
11254213     +E-mail/PDF: rmscedi@recoverycorp.com Apr 23 2008 03:50:10      Recovery Management Systems Corporation,    For GE Money Bank,    dba Exxon/Mobil,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11254426     +E-mail/PDF: rmscedi@recoverycorp.com Apr 23 2008 03:50:10      Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 7
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Apr 22, 2008
Case: 06-17082                Form ID: pdf002          Total Served: 50

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11078695       Guy T. Louise
11078709       Office Depot,    Citbank USA
aty*          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11309430*      Creditors Discount & Audit Co,    415 E Main St,    POB 213,    Streator, IL  61364-0213
11262773*     +Robert Chejlava & Laura Chejlava,    c/o Lee T Virtel,    15419 127th St Ste 100,
                Lemont, IL 60439-7407
                                                                                            TOTALS: 2, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2008**                    **Signature:**      _Joseph Speetjens_