# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 06-17082 JBS | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| **Case Name:** | LOUISE, GUY T | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | LOUISE, NINA J | **Account:** | ***-*****71-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7558374 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/05/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/07 | {13} | Thomas P. Louise | Redemption of interest in Guy's Cycle Service | 1129-000 | 10,000.00 | | 10,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.84 | | 10,002.84 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.16 | | 10,008.00 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.70 | | 10,013.70 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.52 | | 10,019.22 |
| 09/07/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.07 | | 10,020.29 |
| 09/07/07 | | To Account #********7166 | in preparation of final report | 9999-000 | | 10,020.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,020.29 | 10,020.29 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,020.29 | |
| | | | **Subtotal** | | 10,020.29 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,020.29** | **$0.00** | |

{} Asset reference(s)

Printed: 08/05/2008 10:29 AM V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 06-17082 JBS | **Trustee:** | DAVID P. LEIBOWITZ (330570) | |
| **Case Name:** | LOUISE, GUY T | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | LOUISE, NINA J | **Account:** | ***-*****71-66 - Checking Account | |
| **Taxpayer ID #:** | 13-7558374 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 08/05/08 | **Separate Bond:** | N/A | |

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/07 | | From Account #********7165 | in preparation of final report | 9999-000 | 10,020.29 | | 10,020.29 |
| 03/24/08 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #06-17082<br>Voided on 03/24/08 | 2300-003 | | 11.59 | 10,008.70 |
| 03/24/08 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2008 FOR CASE #06-17082<br>Voided: check issued on 03/24/08 | 2300-003 | | -11.59 | 10,020.29 |
| 05/23/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,752.03, Trustee Compensation;  Reference: | 2100-000 | | 1,752.03 | 8,268.26 |
| 05/23/08 | 103 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $137.07, Trustee Expenses;  Reference: | 2200-000 | | 137.07 | 8,131.19 |
| 05/23/08 | 104 | Leibowitz Law Center | Dividend paid 100.00% on $1,845.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,845.00 | 6,286.19 |
| 05/23/08 | 105 | Leibowitz Law Center | Dividend paid 100.00% on $45.27, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 45.27 | 6,240.92 |
| 05/23/08 | 106 | Dept. of the Treasury | Dividend paid 16.51% on $37,791.89; Claim# 7; Filed: $37,791.89; Reference: | 4300-000 | | 6,240.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,020.29 | 10,020.29 | $0.00 |
| | | | Less: Bank Transfers | | 10,020.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,020.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,020.29** | |

{} Asset reference(s)                                                                                                                    Printed: 08/05/2008 10:29 AM    V.10.54

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-17082 JBS  
**Case Name:** LOUISE, GUY T  
LOUISE, NINA J  
**Taxpayer ID #:** 13-7558374  
**Period Ending:** 08/05/08

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | MMA # ***-*****71-65 | | 10,020.29 | 0.00 | 0.00 |
| | | | Checking # ***-*****71-66 | | 0.00 | 10,020.29 | 0.00 |
| | | | | | $10,020.29 | $10,020.29 | $0.00 |

{} Asset reference(s)

Printed: 08/05/2008 10:29 AM V.10.54